## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION; ZURICH HOTEL INVESTMENTS, B.V.; HYATT HOTELS FOUNDATION; HYATT HOTELS CORPORATION; HYATT INTERNATIONAL CORPORATION; and SEAWIND KEY INVESTMENTS LIMITED, d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA,<br><br>Defendants. | }<br>}<br>}<br>}<br>}<br>}<br>} No.:<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, JACQUELINE WILLIAMS, by and through Plaintiff's attorneys, SHUMAN LEGAL, and complaining of the Defendants, HYATT CORPORATION; ZURICH HOTEL INVESTMENTS, B.V.; HYATT HOTELS FOUNDATION; HYATT HOTELS CORPORATION; HYATT INTERNATIONAL CORPORATION; and SEAWIND KEY INVESTMENTS LIMITED, all d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA, states as follows:

### COUNT I

1. That on or about February 18, 2023, and prior thereto, the Defendant, HYATT CORPORATION, was the owner and/or operators of those premises located at Sunset Drive, St. James, Jamaica.

2. That at all times relevant hereto, the Defendant, HYATT CORPORATION, was Delaware corporation, duly licensed, registered and doing business in the State of Illinois.

3. At all times relevant hereto, the Defendant, HYATT CORPORATION, was doing business as BREATHLESS MONTEGO BAY RESORT AND SPA and APPLE LEISURE GROUP.

4. That on the aforesaid date, the Plaintiff was lawfully upon the premises of the Defendant.

5. That said Defendant owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of person lawfully upon the premises including the Plaintiff herein.

6. That said Defendant by and through its agents, servants and/or employees, mopped a certain dance floor on the Premises.

7. That Plaintiff, while walking across the dance floor was caused to slip and fall on the area where said Defendant had mopped.

8. That the Defendant in violation of Defendant's duty to the Plaintiff, committed the following acts of negligence:

   a. Carelessly and negligently caused the floor of the Premises to become wet, slippery, dangerous, unsafe and in a defective condition;

   b. Carelessly and negligently allowed the floor of the Premises to remain in a wet, slippery, dangerous, unsafe and in a defective condition;

   c. Carelessly and negligently finished the floor of the Premises with a slippery material causing said floor to become and remain in a dangerous, unsafe and defective condition when wet;

   d. Carelessly and negligently failed to provide and maintain a reasonably safe area for Plaintiff to walk;

   e. Carelessly and negligently failed to inspect the Premises so as to ascertain the dangerous, unsafe and defective conditions therein;

   f. Carelessly and negligently failed to provide any warnings with regard to the condition of said floor; and/or,

   g. Was otherwise careless and negligent in the maintenance and upkeep of the floor of the Premises.

9. That as a direct and proximate result of the aforesaid negligence of the Defendant, HYATT CORPORATION, the Plaintiff, JACQUELINE WILLIAMS, was caused to and did slip and fall and sustained serious and permanent injuries to Plaintiff's person, Plaintiff has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered all of which are severe and permanent, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which Plaintiff otherwise would have made and acquired and has been kept from attending to Plaintiff's ordinary affairs and duties.

WHEREFORE, Plaintiff, JACQUELINE WILLIAMS, prays for judgment against the Defendants, HYATT CORPORATION d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA, for a sum in excess of ONE HUNDRED THOUSAND DOLLARS ($100,0000.00) plus costs.

## COUNT II

1. That on or about the February 18, 2023, and prior thereto, the Defendant, ZURICH HOTEL INVESTMENTS, B.V., was the owner and/or operators of those premises located at Sunset Drive, St. James, Jamaica.

2. That at all times relevant hereto, the Defendant, ZURICH HOTEL INVESTMENTS, B.V., was foreign corporation, doing business in the State of Illinois.

3. At all times relevant hereto, the Defendant, ZURICH HOTEL INVESTMENTS, B.V., was doing business as BREATHLESS MONTEGO BAY RESORT AND SPA and APPLE LEISURE GROUP.

4. That on the aforesaid date, the Plaintiff was lawfully upon the premises of the Defendant.

5. That said Defendant owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of person lawfully upon the premises including the Plaintiff herein.

6. That said Defendant by and through its agents, servants and/or employees, mopped a certain dance floor on the Premises.

7. That Plaintiff, while walking across the dance floor was caused to slip and fall on the area where said Defendant had mopped.

8. That the Defendant in violation of Defendant's duty to the Plaintiff, committed the following acts of negligence:

    a. Carelessly and negligently caused the floor of the Premises to become wet, slippery, dangerous, unsafe and in a defective condition;

    b. Carelessly and negligently allowed the floor of the Premises to remain in a wet, slippery, dangerous, unsafe and in a defective condition;

    c. Carelessly and negligently finished the floor of the Premises with a slippery material causing said floor to become and remain in a dangerous, unsafe and defective condition when wet;

    d. Carelessly and negligently failed to provide and maintain a reasonably safe area for Plaintiff to walk;

    e. Carelessly and negligently failed to inspect the Premises so as to ascertain the dangerous, unsafe and defective conditions therein;

    f. Carelessly and negligently failed to provide any warnings with regard to the condition of said floor; and/or,

    g. Was otherwise careless and negligent in the maintenance and upkeep of the floor of the Premises.

9. That as a direct and proximate result of the aforesaid negligence of the Defendant, ZURICH HOTEL INVESTMENTS, B.V., the Plaintiff, JACQUELINE WILLIAMS, was caused to and did slip and fall and sustained serious and permanent injuries to Plaintiff's person, Plaintiff has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered all of which are severe and permanent, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost

great gains and profits which Plaintiff otherwise would have made and acquired and has been kept from attending to Plaintiff's ordinary affairs and duties.

WHEREFORE, Plaintiff, JACQUELINE WILLIAMS, prays for judgment against the Defendants, ZURICH HOTEL INVESTMENTS, B.V. d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA, for a sum in excess of ONE HUNDRED THOUSAND DOLLARS ($100,0000.00) plus costs.

## COUNT III

1. That on or about the February 18, 2023, and prior thereto, the Defendant, HYATT HOTELS FOUNDATION, was the owner and/or operators of those premises located at Sunset Drive, St. James, Jamaica.

2. That at all times relevant hereto, the Defendant, HYATT HOTELS FOUNDATION, was Delaware corporation, duly licensed, registered and doing business in the State of Illinois.

3. At all times relevant hereto, the Defendant, HYATT HOTELS FOUNDATION, was doing business as BREATHLESS MONTEGO BAY RESORT AND SPA.

4. That on the aforesaid date, the Plaintiff was lawfully upon the premises of the Defendant.

5. That said Defendant owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of person lawfully upon the premises including the Plaintiff herein.

6. That said Defendant by and through its agents, servants and/or employees, mopped a certain dance floor on the Premises.

7. That Plaintiff, while walking across the dance floor was caused to slip and fall on the area where said Defendant had mopped.

8. That the Defendant in violation of Defendant's duty to the Plaintiff, committed the following acts of negligence:

a. Carelessly and negligently caused the floor of the Premises to become wet, slippery, dangerous, unsafe and in a defective condition;

b. Carelessly and negligently allowed the floor of the Premises to remain in a wet, slippery, dangerous, unsafe and in a defective condition;

c. Carelessly and negligently finished the floor of the Premises with a slippery material causing said floor to become and remain in a dangerous, unsafe and defective condition when wet;

d. Carelessly and negligently failed to provide and maintain a reasonably safe area for Plaintiff to walk;

e. Carelessly and negligently failed to inspect the Premises so as to ascertain the dangerous, unsafe and defective conditions therein;

f. Carelessly and negligently failed to provide any warnings with regard to the condition of said floor; and/or,

g. Was otherwise careless and negligent in the maintenance and upkeep of the floor of the Premises.

9. That as a direct and proximate result of the aforesaid negligence of the Defendant, HYATT HOTELS FOUNDATION, the Plaintiff, JACQUELINE WILLIAMS, was caused to and did slip and fall and sustained serious and permanent injuries to Plaintiff's person, Plaintiff has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered all of which are severe and permanent, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which Plaintiff otherwise would have made and acquired and has been kept from attending to Plaintiff's ordinary affairs and duties.

WHEREFORE, Plaintiff, JACQUELINE WILLIAMS, prays for judgment against the Defendants, HYATT HOTELS FOUNDATION d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA, for a sum in excess of ONE HUNDRED THOUSAND DOLLARS ($100,0000.00) plus costs.

## COUNT IV

1. That on or about the February 18, 2023, and prior thereto, the Defendant, HYATT HOTELS CORPORATION, was the owner and/or operators of those premises located at Sunset Drive, St. James, Jamaica.

2. That at all times relevant hereto, the Defendant, HYATT HOTELS CORPORATION, was Delaware corporation, duly licensed, registered and doing business in the State of Illinois.

3. At all times relevant hereto, the Defendant, HYATT HOTELS CORPORATION, was doing business as BREATHLESS MONTEGO BAY RESORT AND SPA and APPLE LEISURE GROUP.

4. That on the aforesaid date, the Plaintiff was lawfully upon the premises of the Defendant.

5. That said Defendant owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of person lawfully upon the premises including the Plaintiff herein.

6. That said Defendant by and through its agents, servants and/or employees, mopped a certain dance floor on the Premises.

7. That Plaintiff, while walking across the dance floor was caused to slip and fall on the area where said Defendant had mopped.

8. That the Defendant in violation of Defendant's duty to the Plaintiff, committed the following acts of negligence:

   a. Carelessly and negligently caused the floor of the Premises to become wet, slippery, dangerous, unsafe and in a defective condition;

   b. Carelessly and negligently allowed the floor of the Premises to remain in a wet, slippery, dangerous, unsafe and in a defective condition;

   c. Carelessly and negligently finished the floor of the Premises with a slippery material causing said floor to become and remain in a dangerous, unsafe and defective condition when wet;

d. Carelessly and negligently failed to provide and maintain a reasonably safe area for Plaintiff to walk;

e. Carelessly and negligently failed to inspect the Premises so as to ascertain the dangerous, unsafe and defective conditions therein;

f. Carelessly and negligently failed to provide any warnings with regard to the condition of said floor; and/or,

g. Was otherwise careless and negligent in the maintenance and upkeep of the floor of the Premises.

9. That as a direct and proximate result of the aforesaid negligence of the Defendant, HYATT HOTELS CORPORATION, the Plaintiff, JACQUELINE WILLIAMS, was caused to and did slip and fall and sustained serious and permanent injuries to Plaintiff's person, Plaintiff has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered all of which are severe and permanent, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which Plaintiff otherwise would have made and acquired and has been kept from attending to Plaintiff's ordinary affairs and duties.

WHEREFORE, Plaintiff, JACQUELINE WILLIAMS, prays for judgment against the Defendants, HYATT HOTELS CORPORATION d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA, for a sum in excess of ONE HUNDRED THOUSAND DOLLARS ($100,0000.00) plus costs.

## COUNT V

1. That on or about the February 18, 2023, and prior thereto, the Defendant, HYATT INTERNATIONAL CORPORATION, was the owner and/or operators of those premises located at Sunset Drive, St. James, Jamaica.

2. That at all times relevant hereto, the Defendant, HYATT INTERNATIONAL CORPORATION, was Delaware corporation, duly licensed, registered and doing business in the State of Illinois.

3. At all times relevant hereto, the Defendant, HYATT INTERNATIONAL CORPORATION, was doing business as BREATHLESS MONTEGO BAY RESORT AND SPA.

4. That on the aforesaid date, the Plaintiff was lawfully upon the premises of the Defendant.

5. That said Defendant owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of person lawfully upon the premises including the Plaintiff herein.

6. That said Defendant by and through its agents, servants and/or employees, mopped a certain dance floor on the Premises.

7. That Plaintiff, while walking across the dance floor was caused to slip and fall on the area where said Defendant had mopped.

8. That the Defendant in violation of Defendant's duty to the Plaintiff, committed the following acts of negligence:

   a. Carelessly and negligently caused the floor of the Premises to become wet, slippery, dangerous, unsafe and in a defective condition;

   b. Carelessly and negligently allowed the floor of the Premises to remain in a wet, slippery, dangerous, unsafe and in a defective condition;

   c. Carelessly and negligently finished the floor of the Premises with a slippery material causing said floor to become and remain in a dangerous, unsafe and defective condition when wet;

   d. Carelessly and negligently failed to provide and maintain a reasonably safe area for Plaintiff to walk;

   e. Carelessly and negligently failed to inspect the Premises so as to ascertain the dangerous, unsafe and defective conditions therein;

   f. Carelessly and negligently failed to provide any warnings with regard to the condition of said floor; and/or,

g.  Was otherwise careless and negligent in the maintenance and upkeep of the floor of the Premises.

9.  That as a direct and proximate result of the aforesaid negligence of the Defendant, HYATT INTERNATIONAL CORPORATION, the Plaintiff, JACQUELINE WILLIAMS, was caused to and did slip and fall and sustained serious and permanent injuries to Plaintiff's person, Plaintiff has suffered and will continue to suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered all of which are severe and permanent, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which Plaintiff otherwise would have made and acquired and has been kept from attending to Plaintiff's ordinary affairs and duties.

WHEREFORE, Plaintiff, JACQUELINE WILLIAMS, prays for judgment against the Defendants, HYATT INTERNATIONAL CORPORATION d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA, for a sum in excess of ONE HUNDRED THOUSAND DOLLARS ($100,0000.00) plus costs.

## COUNT VI

1.  That on or about the February 18, 2023, and prior thereto, the Defendant, SEAWIND KEY INVESTMENTS LIMITED d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA, was the owner and/or operators of those premises located at Sunset Drive, St. James, Jamaica.

2.  That at all times relevant hereto, the Defendant, SEAWIND KEY INVESTMENTS LIMITED, was foreign corporation, duly licensed, registered and doing business in the State of Illinois.

3.  At all times relevant hereto, the Defendant, SEAWIND KEY INVESTMENTS LIMITED, was doing business as BREATHLESS MONTEGO BAY RESORT AND SPA.

4.  That on the aforesaid date, the Plaintiff was lawfully upon the premises of the Defendant.

5. That said Defendant owed a duty to exercise that degree of care and caution as prescribed by law, for the safety and well-being of person lawfully upon the premises including the Plaintiff herein.

6. That said Defendant by and through its agents, servants and/or employees, mopped a certain dance floor on the Premises.

7. That Plaintiff, while walking across the dance floor was caused to slip and fall on the area where said Defendant had mopped.

8. That the Defendant in violation of Defendant's duty to the Plaintiff, committed the following acts of negligence:

   a. Carelessly and negligently caused the floor of the Premises to become wet, slippery, dangerous, unsafe and in a defective condition;

   b. Carelessly and negligently allowed the floor of the Premises to remain in a wet, slippery, dangerous, unsafe and in a defective condition;

   c. Carelessly and negligently finished the floor of the Premises with a slippery material causing said floor to become and remain in a dangerous, unsafe and defective condition when wet;

   d. Carelessly and negligently failed to provide and maintain a reasonably safe area for Plaintiff to walk;

   e. Carelessly and negligently failed to inspect the Premises so as to ascertain the dangerous, unsafe and defective conditions therein;

   f. Carelessly and negligently failed to provide any warnings with regard to the condition of said floor; and/or,

   g. Was otherwise careless and negligent in the maintenance and upkeep of the floor of the Premises.

9. That as a direct and proximate result of the aforesaid negligence of the Defendant, SEAWIND KEY INVESTMENTS LIMITED d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA, the Plaintiff, JACQUELINE WILLIAMS, was caused to and did slip and fall and sustained serious and permanent injuries to Plaintiff's person, Plaintiff has suffered and will continue to

suffer great pain, distress and physical impairment, and was rendered sick, sore, lame and disordered all of which are severe and permanent, and was forced to expend and will continue to expend large sums of money for medical care and attention, lost great gains and profits which Plaintiff otherwise would have made and acquired and has been kept from attending to Plaintiff's ordinary affairs and duties.

WHEREFORE, Plaintiff, JACQUELINE WILLIAMS, prays for judgment against the Defendants, SEAWIND KEY INVESTMENTS LIMITED d/b/a BREATHLESS MONTEGO BAY RESORT AND SPA, for a sum in excess of FIFTY THOUSAND DOLLARS ($100,0000.00) plus costs.

Respectfully submitted,

SHUMAN LEGAL

By: _____

Attorneys for Plaintiff



Attorneys for the Plaintiff
414 North Orleans Street, Suite 600
Chicago, Illinois 60654
(312) 422-0700
(312) 422-0767 (Fax)
courtnotices@shumanlegal.com
ADRC No.: 6192792